IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHANE FRANCIS MOLESKY,

      Appellant,

 v.

      Case No.  5D21-2432
      LT Case No. 2019-CF-003102-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 13, 2022

Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Matthew J. Metz, Public Defender, and Nancy
Ryan, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Richard A. Pallas, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.